# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALYSON BRYNN KATANA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0651

[October 29, 2025]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Robyn E. Stone, Judge; L.T. Case No. 31-2024-CT-016869A.

Daniel Eisinger, Public Defender, and Gary L. Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm appellant's judgments and sentences without discussion, except to remand to the trial court to determine the specific amount of jail credit to which appellant is entitled. The specific jail credit is to be stated in the corrected sentences. *See Turner v. State*, 770 So. 2d 1288 (Fla. 1st DCA 2000) (affirming judgment and sentence in *Anders*[1], case but remanding for correction of jail credit); *Dabler v. State*, 443 So. 2d 336 (Fla. 2d DCA 1983) (remanding for determination of jail credit).

*Affirmed and remanded with instructions.*

GERBER, LEVINE and CONNER, JJ., concur.

\*     \*     \*

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

*Not final until disposition of timely-filed motion for rehearing.*